# UNITED STATES DISTRICT COURT
for the

WESTERN District of NORTH CAROLINA

_____ Division

| | |
|---|---|
| LISA ANTOINE <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> DELANCY LLC D/B/A VITAL MEDICAL STAFFING AND JURNEY'S OF STATESVILLE <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:20cv523-GCM <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No <br><br> **FILED** <br> CHARLOTTE, NC <br><br> SEP 21 2020 <br><br> US DISTRICT COURT <br> WESTERN DISTRICT OF NC |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | LISA ANTOINE |
   | Street Address | P.O. BOX 667591 |
   | City and County | CHARLOTTE (MECKLENBURG) |
   | State and Zip Code | NORTH CAROLINA 28266 |
   | Telephone Number | (704) 287-2558 |
   | E-mail Address | LINANTO801@YAHOO.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: DELANCY LLC D/B/A VITAL MEDICAL STAFFING LINDSEY DELANCY (OWNER)
- Job or Title (if known):
- Street Address: 3623 LATROBE DR, SUITE 215
- City and County: CHARLOTTE (MECKLENBURG)
- State and Zip Code: NORTH CAROLINA, 28211
- Telephone Number: (980) 256-4904
- E-mail Address (if known):

Defendant No. 2

- Name: JURNEY'S OF STATESVILLE
- Job or Title (if known):
- Street Address: 1942 VAN HAVEN DRIVE
- City and County: STATESVILLE (STATESVILLE)
- State and Zip Code: NORTH CAROLINA 28625
- Telephone Number: (704) 878-0046
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

    Name  DELANCY LLC D/B/A VITAL MEDICAL STAFFING
    Street Address  3623 LATROBE DR, SUITE
    City and County  CHARLOTTE, (MECKLENBURG)
    State and Zip Code  NORTH CAROLINA 28211
    Telephone Number  (980)-256-4904

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: AGE DISCRIMINATION & WRONGFUL TERMINATION

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 3/23/2019 (SEXUAL HARRASSMENT) 3/28/2019 (EMPLOYMENT TERMINATION)

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☒ gender/sex — BLACK FEMALE
- ☐ religion
- ☐ national origin
- ☒ age (year of birth) 1964 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* 4/2/2019

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 9/11/2020.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/21/2020

Signature of Plaintiff: *Lisa Antoine*
Printed Name of Plaintiff: LISA ANTOINE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| LISA ANTOINE | ) |
| Plaintiff, | ) |
| VS. | ) CASE # |
| DELANCY LLC D/B/A VITAL MEDICAL STAFFING, JURNEY'S OF STATEVILLE | ) ) ) |
| Defendants. | ) |

## COMPLAINT

This suit is brought before the court for the mentioned allegations for workplace employment discrimination which occured by the Defendants Delancy LLC D/B/A/ Vital Medical Staffing and Jurney of Stateville for Age Discrimination, Retaliation, Sexual Harrassment, and Wrongful Termination. The Plaintiff Lisa Antoine alleges as follows:

## JURISDICTION AND VENUE

1. This court has Jurisdiction over this matter. The incident occured in the vicinity and Jurisdiction of this court within in the State of North Carolina.

2. The action presented in this court is in the correct Venue.

3. The Plaintiff resides in the State of North Carolina.

4. The Defendants Delancy LLC D/B/A/ Vital Medical Staffing and Jurney of Statesville ownes businesses within the Jurisdiction of this Court in the State of North Carolina.

5. The Plaintiff has exhausted the Administrative remedies, when the incident was reported to the EEOC and a "Right to Sue " letter was mailed to Plaintiff Lisa Antoine.

1

## GENERAL FACTUAL ALLEGATIONS IN THE COMPLAINT

The Plaintiff Lisa Antoine has brought this complaint before the court due to:

6. There was a contract between Plaintiff Lisa Antoine and Delancy LLC D/B/A Vital Medical Staffing.

7. There was a contract between the Defendants Delancy LLC D/B/A Vital Medical Staffing and Jurney of Statesville.

8. The Plaintiff Lisa Antoine was an employee of the Defendant Delancy LLC D/B/A Vital Medical Staffing.

9. The Defendant Delancy LLC D/B/A Vital Medical Staffing contract was to provide Defendant Jurney of Statesville employed employees, availability to perform duties.

10. The rate of compensation Defendant Delancy LLC D/B/A Vital Medical Staffing gave to Plaintiff Lisa Antoine to perform work duties was $14.00 Pr/Hr.

11. The Defendant Jurney of Statesville accepted employees from Delancy LLC D/B/A Vital Medical Staffing according to their contract.

12. The Defendant Jurney of Statesville was responsible to train any and all employees who worked with Delancy LLC D/B/A Vital Medical Staffing at their facility about their routine proceedure with their residents.

13. The Defendant Delancy LLC D/B/A Vital Medical Staffing was to keep all documentation of all employees and their performance including no shows, reports, scheduled employees with dates and times of shifts, do not return, and incidents.

14. The Defendant Jurney of Statesville was to keep all documentation of all employees and their performance including no shows, reports, late attendance, scheduled employees with dates and times of shifts, and incidents.

15. The Plaintiff Lisa Antoine is within the protected class age of the EEOC guidelines.

16. The Plaintiff Lisa Antoine is a Black Female according to sex.

17. An incident of Sexual Harrassment did occur by one of the employee from Defendant Delancy LLC D/B/A Vital Medical Staffing and the place of the incident was at the Defendant Jurney of Stateville facility and the incident was reported to both

2

entities.

# COMPLAINT OF FACTUAL ALLEGATIONS WITH DEFENDANT DELANCY LLC D/B/A VITAL MEDICAL STAFFING

The Plaintiff Lisa Antoine moves the court and alleges that the Defendant Delancy LLC D/B/A Vital Medical Staffing was the employer of the Plaintiff Lisa Antoine on the days of the incident, and violations and acts of discrimination occured. They are as follows:

## COUNT I
## AGE DISCRIMINATION ACT OF 1967

1. The Defendant Delancy LLC D/B/A Vital Medical Staffing, has, during my time of employment hired younger CNA's (Cerified Nursing Assistants) including Plaintiff Lisa Antoine.

2. The Defendant Delancy LLC D/B/A Vital Medical Staffing gave more hours to younger CNA's than older CNA's including the Plaintiff Lisa Antoine.

3. The Plaintiff Lisa Antoine is considered in the protective AGE class being over 40 years, according to the EEOC guidelines.

4. The Defendant Delancy LLC D/B/A Vital Medical Staffing has/had an employee Eric Marshall who is not in the protected class AGE as stated in the EEOC Discrimination Handbook.

WHEREFOR, the Plaintiff moves the court to have Defendant Delancy LLC D/B/A Vitial Medical Staffing to pay for damages in the amount presented and such further relief as the court may deem reasonable and necessary within the Jurisdiction of the court.

## COUNT II
## CIVIL RIGHTS ACT OF 1964 TITLE VII
## (RETALIATION)

4. The Plaintiff requested from Defendant Lindsey Delancy owner of Delancy LLC D/B/A Vital Medical Staffing extra hours to provide and accommodate income verification in order to purchase a home.

5. The Defendant Lindsey Delancy agreed to provide Plaintiff Lisa Antoine with the extra hours as agreed.

3

6.  The Plaintiff Lisa Antoine told Defendant Lindsey Delancy that the Plaintiff Lisa Antoine was attending school to further a career as an Activity Director.

7.  The Plaintiff Lisa Antoine reported an incident of Sexual Harrasment to the Defendant Delancy LLC D/B/A Vital Medical Staffing on 3/23/2019, via phone message. The Defendant Delancy LLC D/B/A Vital Medical Staffing did not call or return the message sent about the Sexual Harrassment incident left via phone message.

8.  The Defendant Delancy LLC D/B/A Vital Medical Staffing terminated my employment on 3/28/2019 by claiming that Defendant Jurney of Statesville reported that Plaintiff Lisa Antoine left one of the residents in feces on 3/27/2019.

WHEREFOR, the Plaintiff moves the court to have Defendant Delancy LLC D/B/A Vitial Medical Staffing to pay for damages in the amount presented and such further relief as the court may deem reasonable and necessary within the Jurisdiction of the court.

## COUNT III
## CIVIL RIGHTS ACT OF 1964   TITLE VII
## (SEXUAL HARRASSMENT)

9.  Plaintiff Lisa Antoine was working with another employee from Defendant Delancy LLC D/B/A Vital Medical Staffing. The employee name is Eric Marshall.

10. The Plaintiff Lisa Antoine and employee Eric Marshall was assigned to work together on the rooster of Defendant Jurney of Statesville on 3/23/2019.

11. The Plaintiff Lisa Antoine was caring for resident in the bathroom and employee Eric Marshall walked in the resident's bathroom while care was given to the resident by the Plaintiff Lisa Antoine.

12. Employee Eric Marshall walked up on Plaintiff Lisa Antoine while in the process of giving care to the resident and rested on Plaintiff Lisa Antoine's posteria (Buttocks) with his whole body on Plaintiff Lisa Antoine and had an erected penis.

13. Employee Eric Marshall asked Plaintiff Lisa Antoine, "Did I want to suck it?"

14. Plaintiff Lisa Antoine replied to employee Eric Marshall, "I am a married woman."

15. Employee Eric Marshall got upset and left the resident room and did not assist

4

Plaintiff Lisa Antoine in the proceedure of giving care to the resident.

16. Plaintiff Lisa Antoine finished giving care to the resident and went into the Dining Room to assist with Morning Breakfast at about 8:00 am.

17. Plaintiff Lisa Antoine confronted the SIC (Supervisor in Charge) Aiyana Byers an employee of Defendant Jurney of Statesville and reported the Sexual Harrassment incident at about 8:07 am on the premises of Defendant Jurney of Statesville. The employee (SIC) Aiyana Byers responded and told Plaintiff Lisa Antoine," To report the incident with my agency." (Defendant Delancy LLC D/B/A Vital Medical Staffing)

18. The (SIC) employee of Defendant Jurney of Statesville Aiyana Byers called employee Eric Marshall of Defendant Delancy LLC D/B/A Vital Medical Staffing and directed employee Eric Marshall to assist working in the Dining Room.

19. Employee Aiyana Byers of Defendant Jurney of Statesvile did not address the Sexual Harrassment at the time of the incident in my presence.

20. At about 8:45 am Plaintiff Lisa Antoine called Defendant Delancy LLC D/B/A Vital Medical Staffing and left a voice message of the Sexual Harrassment, about employee Eric Marshall.

WHEREFOR, the Plaintiff moves the court to have Defendant Delancy LLC D/B/A Vitial Medical Staffing to pay for damages in the amount presented and such further relief as the court may deem reasonable and necessary within the Jurisdiction of the court.

## COUNT IV
## CIVIL RIGHTS ACT OF 1964 TITLE VII
## (WRONGFUL TERMINATION)

21. The Plaintiff Lisa Antoine reported the Sexual Harrassment incident to Defendant Delancy LLC D/B/A Vital Medical Staffing on 3/23/2019, at about 8:45 am at the facility that there was a binding contract that existed between the two (2) Defendants.

22. The Defendant Delancy LLC D/B/A Vital Medical Staffing wrongfully terminated the Plaintiff Lisa Antoine from employment on 3/28/2019.

23. The Defendant Delancy LLC D/B/A Vital Medical Staffing allege that termination of employment was from Defendant Jurney of Statesville ascertion, "that a resident was

left in feces during the shift of Plaintiff Lisa Antoine on 3/27/2019.

24. The Plaintiff Lisa Antoine file a complaint with the EEOC 4/2/2019, and was assigned to an invesigator Named Rebecca Conway.

25. Defendant Delancy LLC D/B/A Vital Medical Staffing did not address the Sexual Harrassment allegation reported on 3/23/2019 and wrongful termination of the Plaintiff Lisa Antoine occured on 3/28/2019.

26. Since termination of employment of the Plaintiff Lisa Antoine by Defendant Delancy LLC D/B/A Vital Medical Staffing, 30 months has lapsed.

27. The termination of employment by Defendant Delancy LLC D/B/A Vital Medical Staffing, The Plaintiff has forfeited buying a house.

28. Upon termination of employment by Defendant Delancy LLC D/B/A Vital Medical Staffing, employee Erica made a statment to the Plaintiff Lisa Antoine, "I wish you good luck on your new career as an Activity Director."

29. The employee Keisha of Defendant Delancy LLC D/B/A Vital Medical Staffing continues to work with them as of 9/2020.

WHEREFOR, the Plaintiff moves the court to have Defendant Delancy LLC D/B/A Vitial Medical Staffing to pay for damages in the amount presented and such further relief as the court may deem reasonable and necessary within the Jurisdiction of the court.

## COMPLAINT OF FACTUAL ALLEGATIONS WITH JURNEY OF STATESVILLE

The Plaintiff Lisa Antoine moves the court to for the allegations presented as the occurance of them happened on the property of the facility as mentioned in the complaint. They are as follows:

## COUNT I
## AGE DISCRIMIATION ACT OF 1967

1. The facility of Defendant Jurney of Statesville employees were at a younger AGE on the shift on the date 3/23/2019 of the Sexual Harrassment incident reported to the EEOC.

2. The (SIC) Supervisor in Charge Aiyana Byers an employee of the Defendant

6

Jurney of Statesville, that the Sexual Harrassment incident was reported to, was not in the protected class as in the EEOC Discrimination Handbook.

3.  The contract employee Eric Marshall of Defendant Delancy LLC D/B/A Vital Medical Staffing who was scheduled to work at Defendant Jurney of Stateville was not in the protected class as in the EEOC Discrimination Handbook.

WHEREFOR, the Plaintiff moves the court to have Defendant Jurney of Statesville to pay for damages in the amount presented and such further relief as the court may deem reasonable and necessary within the Jurisdiction of the court.

## COUNT II
## CIVIL RIGHTS ACT OF 1964 TITLE VII
## (RETALIATION)

4.  Defendant Jurney of Statesvill did have an employee work as an (SIC) Supervisor in charge on 3/23/2019.

5.  An incident was reported verbally in the Dining Room by Plaintiff Lisa Antoine to an employee Aiyana Byers of Defendant Jurney of Statesville.

6.  Defendant Jurney of Statesville employee Aiyana Byers told Plaintiff, "Talk to your agency about the incident."

7.  Defendant Jurney of Statesville reported to Defendant Delancy LLC D/B/A Vital Medical Staffing that the Plaintiff Lisa Antoine, left a resident in feces.

8.  Defendant Jurney of Statesville did not report the Sexual Harrassment incident made to employee Aiyana Byers on 3/23/2019, about employee from Defendant Delancy LLC D/B/A Vital Medical Staffing, which occured on the premises of Defendant Jurney of Statesville.

9.  Defendant Jurney of Statesville did not report about Eric Marshall's behavior on their premises to the Defendant Delancy LLC D/B/A Vital Medical Staffing.

10. Defendant Jurney of Staesville made record of employee Keisha leaving a resident in feces on 2nd shift 3pm-11pm.

11. Defendant Jurney of Statesville record indicate employee Keisha left a resident in feces on 3/272019 on 2nd shift 3pm-11pm and went to Food Lion to meet her

husband.

12. The Defendant Jurney of Statesville has the Plaintiff Lisa Antoine on their do not return list, during contract with Defendant Delancy LLC D/B/A Vital Medical Staffing in the month of March 2019.

WHEREFOR, the Plaintiff moves the court to have Defendant Jurney of Statesville to pay for damages in the amount presented and such further relief as the court may deem reasonable and necessary within the Jurisdiction of the court.

## COUNT III
## CIVIL RIGHTS ACT OF 1964 TITLE VII
## (SEXUAL HARRASSMENT)

13. Defendant Jurney of Statesville has/had an employee named Aiyana Byers.

14. Defendant Jurney of Statesville has/had or may have an employee Aiyana Byers scheduled to work between dates 3/23/2019-3/24/2019.

15. Defendant Jurney of Statesville had/may have an employee Aiyana Byers scheduled to work on day shift 7am-3pm on 3/23/2019-3/24/2019.

16. Defendant Jurney of Statesville had/may have contract employee Eric Marshall on schedule to work with Plaintiff Lisa Antoine on 3/23/2019 on 7am-3pm shift.

17. Defendant Jurney of Statesville has/had employed staff as (SIC) to handle any and all incidents that occur on the premises.

18. The Plaintiff Lisa Antoine was scheduled to at the facility of Defendant Jurney of Statesville on 3/23/2019-3/24/2019 on the day shift 7am-3pm and is in the record of Defendant Jurney of Statesville.

19. The Defendant Jurney of Statesville is supposed to record all incidents on premises of the facility with dates, persons involve, time, and desscription of any incident with the signature of reporting staff.

20. The Defendant Jurney of Statesville is supposed to have a report of the incident on file from the Plaintiff Lisa Antoine Sexual Harrasment incident which was told to (SIC) Aiyana Byers at about 8:07 am on 3/23/2019.

21. The Defendant Jurney of Statesville has on record a contract employee Keisha,

left a resident in feces on 3/23/2019 on 2nd shift 3pm-11pm.

WHEREFOR, the Plaintiff moves the court to have Defendant Jurney of Statesville to pay for damages in the amount presented and such further relief as the court may deem reasonable and necessary within the Jurisdiction of the court.

THIS 21st DAY OF September, 2020

*Lisa Antoine*
Lisa Antoine (Plaintiff)
P O Box 667591
Charlotte, NC 28266
(704)287-2558