Hand-Delivered

FILED
CHARLOTTE, NC

DEC - 3 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **LISA ANTOINE** | ) | |
| Plaintiff, | ) | |
| VS. | ) | **CASE # 3:20-CV-00523 GCM** |
| **DELANCY C. LLC D/B/A** | ) | |
| **VITAL MEDICAL STAFFING,** | ) | |
| **JURNEY'S OF STATEVILLE** | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT PURSUANT RULE 55(a)

COMES NOW the Plaintiff Lisa Antoine to move the Honorable Court to grant Default Judgment Pursuant Rule 55(a), and makes the record of the following:

1.  The Plaintiff Lisa Antoine filed a charge with the EEOC on 4/2/2018 in response for Civil Rights violation of Age, Sex, and Retaliation. A Right to Sue letter was issued to the Plaintiff Lisa Antoine 9/10/2020 by the EEOC.

2.  The Defendant filed a civil complaint for Civil Rights Act of 1964 for Retaliation, Civil Rights Act of 1964 for Sexual Harassment, Age Discrimination Act of 1967, and Civil Rights Act of 1964 for Wrongful Termination on 9/21/2020 with multiple claims with the court. A demand for relief was also entered in the Civil Cover sheet in the amount of $250,000.00.

3.  The Defendant Delancy C. LLC D/B/A Vital Medical Staffing filed a Motion for Extension of Time to Answer the complaint on 10/14/2020 with the court, and has not consulted the Plantiff Lisa Antoine before filing this Motion for Verification.

4.  The Plaintiff Lisa Antoine filed a Motion for Judgment on the Pleadings using Rule 821.17 on 11/20/2020.

5.  The Defendant Delancy C. LLC D/B/A Vital Medical Staffing disputes the Rule

821.17 as is not sufficient grounds to disallow the court from dismissing the complaint.

6. The Plaintiff Lisa Antoine introduced to the court reliable and factual evidence for the record on 11/20/2020, which the court has to take into full consideration to deny the Defendant Delancy C. LLC D/B/A Vital Medical Staffing a dismissal of the complaint.

7. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing during the charge with the EEOC, provided false information to the investigator Rebecca Conway while conducting an investigation which are further acts of Retaliation. This act is punishable by law. **United States v. Beacon Brass Co., 344 U.S. 43, 46 (1952) (that the false statement be written, signed or sworn)**

8. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing is attempting to win by ambush by avoiding to admit to the false information given to the EEOC. **Alamo Fence Co., V. Untied States 240, F.2d 179 (5th Cir. 1957) (Corporations have been convicted of making false statements to the government)**

9. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing gave false information to the EEOC investigator and is in violation of 18 U.S.C. 1001 Section (905) Items not required to be Proved -- (The Defendant's actual knowledge of Federal agency Jurisdiction), **United States v.Yermain, 468 U.S. 63 (1984); on remand, 741 F.2d (1984)**

10. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing, Extension of time ended on 11/12/2020, and as of 12/3/2020 an answer has not been given to the complaint.

11. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing has not answered the complaint and has waived their rights within the 20 days to answer and with the additional Extension of Time granted by the court.

12. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing has failed to plead, answer, or otherwise defend or provide any affirmative defenses on their behalf to the complaint.

13. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing has no burden of proof entered into the court record to have a dismissal of the complaint be granted with a Motion to Dismiss with Rule 12(b)(6) for not stating a claim.

14. According to Rule 102 Purpose and Construction under Federal Rules of

Evidence, Article 1 - GENERAL PROVISIONS, this Rule states:

These Rules shall be constructed to secure fairness in Administration, elimination of unjustifiable expense and delay, and promotion and development of the law of evidence to the end that the truth may be ascertained and proceedings justly determined.

## CONCLUSION

The Plaintiff Lisa Antoine has entered sufficient factual evidence of proof of this complaint to the court, and has validated that this complaint has merit. The evidence provided is explanatory, in that, it demonstrates to the court without a doubt the Defendant Delancy C. LLC D/B/A Vital Medical Staffing still has not attempted to answer the complaint or indulge in any dispute to the evidence on record.

The Plaintiff Lisa Antoine demands a Default Judgment Pursuant Rule 55(a) for the justifiable evidence on the record, for time has lapsed and the Defendant Delancy C. LLC D/B/A Vital Medical Staffing has not provided the court with reason for the court to grant a dismissal of the complaint. The Defendant Delancy C. LLC D/B/A Vital Medical Staffing has waived their rights to answer the complaint within the time according to Rules of Proceedure and was given additional time and filed a Motion to Dismiss instead of answering the complaint. The court should grant the Plaintiff Lisa Antoine Default Judgment Pursuant Rule55(a) due to these conclusive arguments presented to the court with the evidence on record.

WHEREFORE, the Plaintiff Lisa Antoine moves the Honorable court for an Order for Default Judgment Pursuant Rule 55(a) and demands that the court Order the Defendant Delancy C. LLC D/B/A Vital Medical Staffing to pay $250,000.00 in damages for the acts done to the Plaintiff Lisa Antoine and any and such further relief as the court may deem reasonable and just under the circumstances.

THIS 3rd DAY OF DECEMBER ,2020

Lisa Antoine (Plaintiff)
P.O. Box 667591
Charlotte, NC 28266
(704)287-2558

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

ANNA N. WESTMORELAND
WESTMORELAND LEGAL, P.A.
3440 TORINGDON WAY, STE 205
CHARLOTTE, NC 28277

This the 3rd day of DECEMBER, 2020.

_Lisa Antoine_
Signature

LISA ANTOINE
(Print Name)

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

BEFORE ME personally appeared the Plaintiff who being by me first duly sworn and identified in accordance with North Carolina Law deposes and says:

1. My name is _Lisa Antoine_ Plaintiff herein

2. I have read and understood the attached forgoing Affidavit filed herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

_Lisa Antoine_
Signature

SWORN ON and subscribed before me this _3rd_ day of _December_, 2020

_Jessica Silva_
Notary Public

**JESSICA SILVA**
Notary Public
Gaston Co., North Carolina
My Commission Expires May 22, 2023

MY COMMISSION EXPIRES: _05/22/2023_