IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CARLINA
CHARLOTTE DIVISION
3:20CV523-GCM

| LISA ANTOINE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| DELANCY LLC d/b/a VITAL MEDICAL STAFFING, | ) | |
| Defendant. | ) | |

This matter is before the Court upon its own motion. A status conference was held in this case on September 29, 2021. Pursuant to discussions as well as the Court's pronouncements at the conference,

IT IS THEREFORE ORDERED THAT all pending motions are denied without prejudice, and the Parties are directed to conduct an initial attorneys' conference and thereafter file their certificate of initial attorneys' conference pursuant to the Local Rules.

Signed: September 30, 2021

Graham C. Mullen
United States District Judge