IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00523-GCM

| | |
|---|---|
| LISA ANTOINE,<br><br>**Plaintiff,**<br><br>v.<br><br>DELANCY LLC,<br>JURNEY'S OF STATESVILLE,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. This trial is presently set for the regular September trial term on September 12, 2022. Due to a scheduling conflict, the Court must reschedule the start date of the term. The September trial term will commence on September 19, 2022.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to the September trial term, beginning at 10:00 am on September 19, 2022.

**SO ORDERED**.

Signed: July 6, 2022

Graham C. Mullen
United States District Judge