IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CARLINA
CHARLOTTE DIVISION
3:20CV523

| | |
|---|---|
| LISA ANTOINE, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| DELANCY LLC d/b/a VITAL MEDICAL STAFFING and JURNEY'S OF STATESVILLE, | ) |
| Defendants. | ) |

This matter is before the Court upon the Parties' cross motions for summary judgment. A hearing was held in this matter on July 13, 2022. For the reasons stated in open court at the conclusion of the hearing,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment is hereby DENIED, and Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: July 13, 2022

Graham C. Mullen
United States District Judge